# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL BRONSON,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

CIVIL ACTION

No. 16-cv-05802-WB

## ORDER

AND NOW this 29th day of March, 2018, upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 11), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's Request for Review (Doc. No. 8) is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**;

3. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

4. The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

_____
WENDY BEETLESTONE
U.S. District Court Judge